**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-20497-CIV-GAYLES/TURNOFF

**RALPH CARROLL**,

Plaintiff,

vs.

**LIFE INSURANCE COMPANY OF NORTH AMERICA**,

Defendant.
______________________________________/

**ORDER DISMISSING CASE WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [ECF No. 14]. Based thereon, it is

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice**. Each party shall bear its own attorneys' fees and costs. It is further

**ORDERED AND ADJUDGED** that this action shall be **CLOSED** for administrative purposes, and all pending motions, if any, are **DENIED as moot**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 6th day of June, 2016.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Turnoff
All Counsel of Record